MOORE, Judge.
AFFIRMED. NO OPINION.
See Rule 53(a)(1) and (a)(2)(D & F), Ala. R.App. P.; Rule 701, Ala. R. Evid.; Ala. Code 1975, §§ 30-3-169.3 and 30-3-169.4; Ex parte Foley, 864 So.2d 1094, 1099 (Ala. 2003); Adams v. Adams, 21 So.3d 1247, 1252 (Ala.Civ.App.2009); Cheek v. Dyess, 1 So.3d 1025, 1029 (Ala.Civ.App.2007); *1026 T.J.H. v. S.N.F., 960 So.2d 669, 673 (Ala. Civ.App.2006); Leonard v. Leonard, 479 So.2d 1279, 1281 (Ala.Civ.App.1985); and Newsome v. State, 570 So.2d 703, 714 (Ala. Crim.App.1989).
THOMPSON, P.J., and PITTMAN and THOMAS, JJ., concur.
BRYAN, J., concurs in part and dissents in part, with writing.